UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No. BK-11-52649 |
|---|---|
| SHENGDATECH, INC. | Chapter 11 |
| | **AFFIDAVIT AND DISCLOSURE STATEMENT OF ROBERT K. BOWEN ON BEHALF OF HANSEN, BARNETT & MAXWELL, P.C.** |

STATE OF Utah_____ )
                        ) ss.:
COUNTY OF Salt Lake___ )

Robert K. Bowen, being duly sworn, upon his oath, deposes and says:

1. I am a Shareholder of Hansen, Barnett & Maxwell, P.C., located at 5 Triad Center, Suite 750, Salt Lake City, Utah 84180-1128 (the "Firm").

2. ShengdaTech, Inc. ("ShengdaTech" or the "Debtor") has requested that the Firm provide services to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, and may perform services in the future, in matters unrelated to the Debtor's chapter 11 case, for persons that are parties in interest in this case. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtor, or other parties in interest in this case. The Firm does not have any relationship with any such person or its attorneys or accountants that would be adverse to the Debtor or its estate, and does not and will not perform services for any such person in connection with this case.

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

4. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation or reimbursement to be received from the Debtor with any person other than the principals and employees of the Firm.

5. Insofar as I have been able to ascertain, neither I nor any principal of or professional employed by the Firm holds or represents any interest adverse to the Debtor or its estate.

6. The Debtor owes the Firm $1,605.00 for prepetition services.

7. The Firm will continue to conduct inquiries regarding its retention by any creditors of the Debtor, and will supplement the information contained in this Affidavit if the Firm should discover at any time during the period of its employment any facts bearing on the matters described herein.

ROBERT K. BOWEN
Shareholder
Hansen, Barnett & Maxwell, P.C.

Subscribed and sworn to before me this 2nd day of September, 2011.

_____
Notary Public


CAROLYN LARSEN
NOTARY PUBLIC - STATE OF UTAH
5 TRIAD CENTER SUITE 750
SALT LAKE CITY, UT 84180
My Comm. Exp. 01/03/2012

CHI 61,546,600v1

2

In re ShengdaTech, Inc.
Chapter 11 Case No. 11-52649

**RETENTION QUESTIONNAIRE**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY SHENGDATECH, INC. ("ShengdaTech" or the "Debtor")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING WITH THE DEBTOR AT:

Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
Attn: Nancy A. Peterman, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

Hansen, Barnett & Maxwell, P.C.
5 Triad Center, Suite 750
Salt Lake City, Utah 84180-1128

2. Date of retention: December 30, 2010

3. Type of services provided (accounting, legal, etc.)

Accounting and tax compliance

4. Brief description of services to be provided.

Preparation of Debtor's U.S. Federal Income tax returns.

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

(a) Average hourly rate (if applicable): Approximately $150

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

$3,250

1

CHI 61,546,600v1

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

6. Prepetition claims against the Debtor held by the firm:

Amount of claim: $1,605

Date claim arose: August 19, 2011

Source of claim: Work in Progress

7. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtor or any of its affiliates currently held by the firm:

No. of shares: None

Kind of shares: N/A

9. Stock of the Debtor or any of its affiliates currently held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

No. of shares: None

Kind of shares: N/A

CHI 61,546,600v1

2

10. Disclose the nature and provide a brief description of any interest adverse to the Debtor or its estate with respect to the matters on which the firm is to be employed:

None.

3

CHI 61,546,600v1