UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

SHENGDATECH, INC.

Case No. BK-11-52649

Chapter 11

**AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL J. SIDOR ON BEHALF OF MICHAEL J. SIDOR & CO., INC.**

STATE OF ILLINOIS        )
                                         ) ss.:
COUNTY OF COOK       )

Michael J. Sidor, being duly sworn, upon his oath, deposes and says:

1. I am the President of Michael J. Sidor & Co., Inc., located at 527 S. Mitchell Avenue, Arlington Heights, Illinois 60005 (the "Firm").

2. ShengdaTech, Inc. ("ShengdaTech" or the "Debtor") has requested that the Firm provide services to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, and may perform services in the future, in matters unrelated to the Debtor's chapter 11 case, for persons that are parties in interest in this case. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtor, or other parties in interest in this case. The Firm does not have any relationship with any such person or its attorneys or accountants that would be adverse to the Debtor or its estate, and does not and will not perform services for any such person in connection with this case.

1

CHI 61,546,600v1

4.  Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation or reimbursement to be received from the Debtor with any person other than the principals and employees of the Firm.

5.  Insofar as I have been able to ascertain, neither I nor any principal of or professional employed by the Firm holds or represents any interest adverse to the Debtor its estate.

6.  The Debtor owes the Firm $ 1,350.00 US for prepetition services.

7.  The Firm will continue to conduct inquiries regarding its retention by any creditors of the Debtor, and will supplement the information contained in this Affidavit if the Firm should discover at any time during the period of its employment any facts bearing on the matters described herein.

_____
Michael J. Sidor
MICHAEL J. SIDOR & COMPANY

Subscribed and sworn to before me
this 20 day of Oct., 2011.

_____
Notary Public

> OFFICIAL SEAL
> S. BHATIA
> Notary Public - State of Illinois
> My Commission Expires Jun 10, 2012

2

CHI 61,546,600v1

In re ShengdaTech, Inc.
Chapter 11 Case No. 11-52649

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY SHENGDATECH, INC. ("ShengdaTech" or the "Debtor")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING WITH THE DEBTOR AT</u>:

Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
Attn: Nancy A. Peterman, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Michael J. Sidor & Co., Inc.
   527 S. Mitchell Ave.
   Arlington Heights, IL 60005-1811 USA

2. Date of retention: No retention date. Services provided on an as-needed basis

3. Type of services provided (accounting, legal, etc.)

   Language services consisting of document translation and on-site interpreting

4. Brief description of services to be provided.

   Language services consisting of document translation and on-site interpreting

5. Arrangements for compensation (hourly, contingent, etc.)

   Document translation is calculated based on the number of target language words. Intepreting is supplied on a case-by-case basis as agreed upon.

   (a) Average hourly rate (if applicable): N/A

1

CHI 61,546,600v1

(b)     Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

_____N/A_____

6.     Prepetition claims against the Debtor held by the firm:

Amount of claim: $1,350.00 US_____

Date claim arose: August 18, 2011_____

Source of claim: Provided interpreting services to Special Committee_____

7. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

Name: N/A_____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Source of claim: _____
_____
_____

8.     Stock of the Debtor or any of its affiliates currently held by the firm:

No. of shares: N/A_____

Kind of shares: _____

9.     Stock of the Debtor or any of its affiliates currently held individually by any member, associate, or professional employee of the firm:

Name: N/A_____

Status: _____

No. of shares: _____

Kind of shares: _____

2

CHI 61,546,600v1

10. Disclose the nature and provide a brief description of any interest adverse to the Debtor or its estate with respect to the matters on which the firm is to be employed:

N/A
_____
_____
_____

3

CHI 61,546,600v1