_Honorable Bruce T. Beesley_
_United States Bankruptcy Judge_

Entered on Docket
December 19, 2011

KEITH SHAPIRO, ESQ.
Illinois Bar No. 6184374
NANCY A. PETERMAN, ESQ.
Illinois Bar No. 6208120
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  312-456-8400
Facsimile:   312-456-8435
Email:  shapirok@gtlaw.com
Email:  petermann@gtlaw.com

BOB L. OLSON, ESQ.
Nevada Bar No. 3783
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, Nevada  89169
Telephone:  702-792-3773
Facsimile:   702-792-9002
Email:  olsonb@gtlaw.com

*Counsel for Debtor and Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.  BK-11-52649 |
| SHENGDATECH, INC., | Chapter 11 |
| Debtor. | |
| | **ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES ON SUCH PLAN** |
| | Hearing Date:  December 14, 2011 |
| | Hearing Time:  10:00 a.m. |

CHI 61,746,257v4

Upon the motion (the "Motion")[1] of ShengdaTech, Inc. (the "Debtor"), as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), for entry of an order, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), extending the periods during which the Debtor has the exclusive right to file a Chapter 11 plan and solicit votes on such plan (the "Exclusive Periods"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O); and venue being proper before this Court pursuant to 28 U.S.C. § 1408; and it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice be given; the Court having the authority to grant the relief requested and such relief is just; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor, its creditors and all parties in interest,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The period during which the Debtor shall have the exclusive right to file a Chapter 11 plan is extended to and including March 19, 2012.

3. The period during which the Debtor shall have the exclusive right to solicit votes to accept such plan is extended to and including June 14, 2012.

4. This Order is without prejudice to the Debtor's ability to seek further extension of the Exclusive Periods, subject to the requirements of the Bankruptcy Code.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

///

///

///

///

---

[1] Capitalized terms used herein, but otherwise undefined, shall have the meaning ascribed to them in the Motion.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

RESPECTFULLY PREPARED AND SUBMITTED BY:

*/s/ Bob L . Olson*
BOB L. OLSON, ESQ.
Nevada Bar No. 3783
GREENBERG TAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: 702-792-3773
Facsimile: 702-792-9002
Email: olsonb@gtlaw.com

and

KEITH SHAPIRO, ESQ.
NANCY A. PETERMAN, ESQ.
Illinois Bar No. 6208120
GREENBERG TAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312-456-8400
Facsimile: 312-456-8435
Email: shapirok@gtlaw.com
Email: petermann@gtlaw.com

*Counsel for Debtor and Debtor-in-Possession*

*CHI 61,746,257v4*  3

# CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that **(check one)**:

☐ The Court has waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☒ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

CHRISTOPHER DONOHO and CATHERINE YU, on behalf of the CREDITORS' COMMITTEE -- NO RESPONSE

ROBERT KINAS, on behalf of the CREDITORS' COMMITTEE -- NO RESPONSE

JOHN K. LYONS and FRANCES KAO, on behalf of the SPECIAL COMMITTEE OF THE BOARD -- NO RESPONSE

JENNIFER SMITH, on behalf of the SPECIAL COMMITTEE OF THE BOARD -- NO RESPONSE

STEVE DOLLAR, on behalf of the INDEPENDENT MEMBERS OF THE BOARD -- NO RESPONSE

WILLIAM COSSITT, on behalf of the OFFICE OF THE UNITED STATES TRUSTEE -- NO RESPONSE

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

# # #

*CHI 61,746,257v4*