NANCY A. PETERMAN, ESQ.
Illinois Bar No. 6208120
MIRIAM G. BAHCALL, ESQ.
Illinois Bar No. 6191823
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  312-456-8400
Facsimile:  312-456-8435
Email: petermann@gtlaw.com
Email: bahcallm@gtlaw.com

KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite. 400 North
Las Vegas, Nevada  89169
Telephone:  702-792-3773
Facsimile:   702-792-9002
Email:       hendricksk@gtlaw.com

*Counsel for ShengdaTech Liquidating Trust*

Electronically Filed October 18, 2016

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:
SHENGDATECH, INC.,
      Debtor

Case No. BK-11-52649-gwz
Chapter 11

### CERTIFICATION OF DISSOLUTION OF SHENGDATECH LIQUIDATING TRUST

On October 17, 2012, the ShengdaTech Liquidating Trust (the "Trust") was formed in accordance with ShengdaTech, Inc.'s First Amended Chapter 11 Plan of Reorganization, as modified, dated August 30, 2012 [Docket No. 652] (the "Plan").  The Plan was confirmed by Findings of Fact, Conclusions of Law and an Order of the United States Bankruptcy Court for the District of Nevada on October 2, 2012 [Docket Nos. 654 and 655].

On October 18, 2016, the Trust initiated a first and final distribution of monies to all beneficiaries of the Trust entitled to a distribution in accordance with the Plan. The Trust has no other assets to administer.

In accordance with Section 6.2(j) of the Plan, the Trust shall be deemed dissolved for all purposes without the necessity for any other or further actions:

> [a]fter (a) the final Distribution of the Reserves and the balance of the assets or proceeds of the Liquidating Trust pursuant to [the] Plan, and (b) the Filing by or on behalf of the Liquidating Trust of a certification of dissolution with the Bankruptcy Court.

Plan at § 6.2(j). Given that the final distribution of the Trust's reserves and the balance of the assets and proceeds of the Trust have been distributed in accordance with the Plan, this filing shall constitute the certificate of dissolution of the Trust.

The Trust therefore is deemed dissolved as of the end of the day on October 18, 2016.

Respectfully prepared and submitted by:

 /s/ Nancy A. Peterman
NANCY A. PETERMAN, ESQ.
Illinois Bar No. 6208120
MIRIAM G. BAHCALL, ESQ.
Illinois Bar No. 6191823
GREENBERG TAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601

and

KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
GREENBERG TAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada  89169

*Counsel for ShengdaTech Liquidating Trust*